UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.   3:06cv543-LAC/MD

WARD F. DEAN

_____/

### RULE 26 JOINT REPORT

COMES NOW the United States of America, through the below named attorney and Ward F. Dean, pro se, and respectfully file the following Rule 26 joint report.

1. The parties conferred on the matter of magistrate judge jurisdiction.

2. Plaintiff claims defendant engaged in radio broadcast operations without a license from the Federal Communications Commission (FCC). Plaintiff is seeking a judgment on a fine imposed by the FCC. Defendant claims that Section 301 of the Communications Act is unconstitutional and that relevant FCC rules violate the Administrative procedures Act. Defendant also claims that FCC rules and regulations violate the Reduction in Paperwork Act.

3. The parties believe a prompt settlement is unlikely. Defendant claims the fine is unreasonable.

4. The timetables in the Initial Scheduling Order are reasonable.

5. The discovery timetables set forth in the Initial Scheduling Order are adequate.

6. Neither party expects to request or produce information from electronic of computer-based media.

7. The parties expect this case to be ready for trial within eight months from the

filing of the complaint.

8. The parties do not see any unusual aspects with this case. Defendant is concerned, however, of a premature motion(s) for summary judgment.

9. The parties do not believe ths case is subject to the manual for Complex Litigation.

Respectfully Submitted,

Ward F. Dean

Respectfully Submitted,

Gregory R. Miller
United States Attorney

/ *Paul Alan Sprowls*

Assistant United States Attorney
Florida Bar 232688
United States Courthouse
111 North Adams Street, 4th Floor
Tallahassee, Florida 32301
(850) 942-8430