IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA,**
    Plaintiff,

vs.                                          CASE NO.: 3:06cv543/LAC/MD

**WARD F. DEAN,**
    Defendant.
_____

### ORDER ADOPTING PROPOSED DISCOVERY PLAN

    The parties have submitted their proposed discovery report (doc. 6) in accordance with this court's Initial Scheduling Order, and it is hereby adopted and made the Order of the Court. The provisions of the Initial Scheduling Order shall remain in full force and effect. Discovery ends July 13, 2007.

    ORDERED this 4th day of May, 2007.

                                                          /s/ *Miles Davis*
                                                          MILES DAVIS
                                                          UNITED STATES MAGISTRATE JUDGE