IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                            CASE NO.: 3:06cv543/LAC/MD

WARD F. DEAN,
    Defendant.

## MOTION FOR SUMMARY JUDGMENT

On May 14th 2007, Defendant sent to Plaintiff, United States of America, and to this Court, via the Bureau of Prison's Official Mail system, a copy of **Defendant's First Request for Admissions** (Exhibit A), pursuant to Northern District of Florida Local Rule 26.2 (B).

Defendant has not received any response from opposing Counsel by mail or phone. There has been no agreement to extend nor request to extend the time required to respond to these requests per FRCivP 36 (a). Therefore, pursuant to Rule 36 (a), these requests for admissions are deemed to be admitted.

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

2007 JUN 22 PM 12: 51

FILED

WHEREFORE, Defendant respectfully moves this Honorable Court to grant him Summary Judgment and dismiss this instant case with prejudice.

Respectfully submitted,

Ward Dean
06076-017
Federal Prison Camp
110 Raby Avenue
Pensacola, Florida   32509-5127

CERTIFICATE OF SERVICE

On this 20th day of June, 2007, a copy of the foregoing was mailed to Paul Alan Sprowls, AUSA, 111 North Adams Street, 4th Floor, Tallahassee, Florida  32301.

Ward Dean
In Pro Per

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

Case No.: 3:06CV0543/LAC/MD

vs.

WARD F. DEAN,
    Defendant.
_____/

DEFENDANT'S FIRST REQUEST FOR ADMISSIONS

Pursuant to Fed.R.Civ.P. 36, Defendant Ward Franklin Dean, requests Plaintiff to admit the following:

1. 44 U.S.C., §§ 3501, et seq (the Paperwork Reduction Act [PRA]) require the display of Office of Management and Budget (OMB) control numbers upon all regulations that constitute "collections of information."

2. The alleged requirement for Defendant to obtain a license to broadcast depends upon regulations codified at 47 CFR §§ 73.3511, et seq.

3. 47 CFR § 73.3511 has not been assigned an OMB control number.

4. 47 CFR § 73.3512 has not been assigned an OMB control number.

5. 47 CFR § 73.3513 has not been assigned an OMB control number.

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

07 MAY 15 AM 11:09

Ex A-1

6.  47 CFR § 73.3514 has not been assigned an OMB control number.

7.  5 U.S.C. §§ 551-558 (the Administrative Procedures Act [APA]) require that Agency rules and regulations be published in the <u>Federal Register</u>.

8.  5 U.S.C. § 552(a)(1)(C) requires that "Each agency shall separately state and currently publish in the <u>Federal Register</u> for the guidance of the public--rules of procedure, description of forms available or the places at which forms may be obtained...."

9.  The FCC application form for the license which the government claims defendant is required to have has not been published in the <u>Federal Register</u>.

10. There is no documentary evidence that the transmissions on which the instant Forfeiture Order is based crossed Florida state boundaries into any other state.

11. There is no documentary evidence that the transmissions on which the instant Forfeiture Order is based interfered with the transmission or reception of any licensed broadcaster.

<u>CERTIFICATE OF SERVICE</u>

On this 14 day of May, 2007, a copy of the foregoing was mailed to Paul Alan Sprowls, AUSA, 111 North Adams Street, 4th Floor, Tallahassee, Florida 32301.

Ward Dean
06076-017
Federal Prison Camp
110 Raby Avenue
Pensacola, Florida  32509-5127

Ex A-2

Ward Dean
06076-017
Federal Prison Camp
110 Raby Avenue
Pensacola, Florida 32509-5127

PENSACOLA
14 MAY 2007

Clerk of the Court
U.S. District Court
Northern District of Florida
One North Palafox Street
Pensacola, Florida

3250245565

Federal Prison Camp, 110 Raby Ave, Pensacola, FL 32509-5127
Date 5-12-07   The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a questions or problem over which the facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Ex A-3