June 21st, 2007

Travis Green
Agent in Charge
Clerk of the Court
U.S. District Court
Northern District of Florida
One North Palafox Street
Pensacola, Florida   32502-5658

Dear Mr. Green:

Upon review of the <u>Motion for Summary Judgment</u> (Case No.: 3:06CV0543) which I submitted to your office yesterday, I realized that the Motion was inadvertently and inappropriately prematurely submitted, and not formatted pursuant to local rule 56.1.

I respectfully request that the Motion be withdrawn and that I be allowed to revise and resubmit at a later date.

Respectfully,

Ward Dean
06076-017
Federal Prison Camp
110 Raby Avenue
Pensacola, Florida   32509-5127

cc:   Paul Alan Sprowls, AUSA

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

07 JUN 25 PM 12: 24

FILED