UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                            3:06cv543-LAC/MD

WARD DEAN
_____/

CORRECTION TO PLAINTIFF'S RESPONSE
TO DEFENDANT'S MOTION TO COMPEL

COMES NOW the Plaintiff, United States of America, through the below named attorney, and hereby submits a correction to a citation contained in its Response to Defendant's Motion to Compel Discovery. On the top of the third page, the Response refers to Title 27, United States Code, Section 507, followed by a quoted passage. The correct section is Section 503(b)(3)(B), not 507(b)(3)(B).

Certificate of Service

On August 1, 2007, a copy of this Correction to the Government's Response was mailed to Ward Dean, 06076-017, pro se, Federal Prison Camp, 110 Raby Avenue, Pensacola, Florida 32509-5127.

Respectfully Submitted,

Gregory R. Miller
United States Attorney

s/ *Paul Alan Sprowls*

Assistant United States Attorney
Florida Bar 232688
United States Courthouse
111 North Adams Street, 4th Floor
Tallahassee, Florida 32301
(850) 942-8430