UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                                          3:06cv543-LAC/MD

WARD DEAN
_____/

NOTICE OF EXPECTED COMPLIANCE WITH COURT ORDER

COMES NOW the Plaintiff, United States of America, through the below named attorney, and hereby advises the Court that on August 15, 2007, counsel for the Federal Communication Commission stated that the requested discovery materials and answers to interrogatories will be sent to government's counsel via Federal Express on August 16, 2007.  If received on August 17, 2007, this should allow production to defendant on August 20, 2007.

Certificate of Service

On August 15, 2007, a copy of this Notice was mailed to Ward Dean, 06076-017, pro se, Federal Prison Camp, 110 Raby Avenue, Pensacola, Florida 32509-5127.

Respectfully Submitted,

Gregory R. Miller
United States Attorney

s/ *Paul Alan Sprowls*

Assistant United States Attorney
Florida Bar 232688
United States Courthouse
111 North Adams Street, 4th Floor
Tallahassee, Florida 32301
(850) 942-8430