UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                              3:06cv543-LAC/MD

WARD DEAN
_____/

NOTICE OF COMPLIANCE WITH COURT ORDER

COMES NOW the Plaintiff, United States of America, through the below named attorney, and hereby files notice that on August 17, 2007, it sent to defendant via Federal Express answers to defendant's interrogatories and responses with documents requested in defendant's request for production.

Certificate of Service

On August 17, 2007, a copy of this Notice was mailed to Ward Dean, 06076-017, pro se, Federal Prison Camp, 110 Raby Avenue, Pensacola, Florida 32509-5127.

Respectfully Submitted,

Gregory R. Miller
United States Attorney

s/ *Paul Alan Sprowls*

Assistant United States Attorney
Florida Bar 232688
United States Courthouse
111 North Adams Street, 4th Floor
Tallahassee, Florida 32301
(850) 942-8430