UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                              3:06cv543-LAC/MD

WARD DEAN
_____/

## DEFENDANT'S RESPONSE TO PLAINTIFF'S NOTICE OF NEED FOR ADDITIONAL TIME TO COMPLY WITH DISCOVERY

Defendant herewith respectfully objects to Plaintiff's <u>Notice of Possible Need for Additional Time to Comply with Order Granting Motion to Compel</u>.

Defendant submitted Discovery requests to Plaintiff on May 14th, 2007. Forty five days later, on 30 June, 2007, Defendant wrote to Plaintiff to ask whether he intended to reply or not, having received no response from Plaintiff regarding Defendant's Discovery requests.

On July 12th, 2007, Defendant filed a <u>Motion to Compel Discovery</u>. On July 20th, 2007, this Court ordered the Plaintiff to respond to Defendant's Motion to Compel.

Government claims that it has forwarded Defendant's interrogatories and request for production of documents to agency counsel for responses, but is unsure whether agency counsel can respond in a timely manner.

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

2007 AUG 16 PM 12: 17

KG

FILED

Defendant has limited access to modern electronic means of communication. However, Plaintiff certainly has the most modern and instantaneous means of communication at his disposal. Defendant's Discovery requests were not for esoteric, imprecise or ill-defined items. They were specific, definitive, and identified items that should have been almost instantaneously retrievable, if they existed.

In this Court's <u>Initial Scheduling Order</u> of March 13th, 2007, it was Ordered that "No extension of time will be granted [for Discovery] except for good cause and upon showing of diligence during the initial discovery period."

It is apparent that Plaintiff has made little, if any, effort to comply with this Court's Scheduling Order, or Defendant's Discovery requests.

Wherefore, Defendant respectfully objects to Plaintiff's <u>Notice of ... Need for Additional Time</u>, and requests that this honorable Court dismiss the instant action with prejudice.

### CERTIFICATE OF SERVICE

On August 14th, 2007, a copy of the foregoing **Defendant's Response to Plaintiff's Notice** was mailed to Paul Alan Sprowls, AUSA, 111 North Adams Street, 4th Floor, Tallahassee, Florida  32301.

Respectfully submitted,

Ward Dean
06076-017
Federal Prison Camp
110 Raby Avenue
Pensacola, Florida  32509-5127