UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                      3:06cv543-LAC/MD

WARD DEAN
_____/

DEFENDANT'S MOTION FOR EXTENSION

COMES NOW the Plaintiff, United States of America, through the below named attorney, and hereby requests an extension of 14 days in order to respond to defendant's three motions to dismiss. Government's counsel has been advised by FCC counsel that people relevant to this case are unavailable or are on leave. Therefore, additional time will be needed to properly address defendant's motions.

Certificate of Service

On August 17, 2007, a copy of this request for extension was mailed to Ward Dean, 06076-017, pro se, Federal Prison Camp, 110 Raby Avenue, Pensacola, Florida 32509-5127.

Respectfully Submitted,

Gregory R. Miller
United States Attorney

s/ *Paul Alan Sprowls*

Assistant United States Attorney
Florida Bar 232688
United States Courthouse
111 North Adams Street, 4th Floor
Tallahassee, Florida 32301
(850) 942-8430