**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                               CASE NO. 3:06cv543 LAC/MD

WARD DEAN

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on    August 20, 2007
Type of Motion/Pleading: MOTION FOR EXTENSION (of fourteen (14) days in order to respond to defendant's three (3) motions)
Filed by: Plaintiff       on 8/17/07    Document 30
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                               on           Doc.#
                                               on           Doc.#
                                               WILLIAM M. McCOOL, CLERK OF COURT

                                             /s/ Lynn C. Uhl
                                             Deputy Clerk: Lynn Uhl

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 20th day of August, 2007, that:

(a)   The requested relief is GRANTED.

(b)   Also, the court on its own motion hereby STAYS any action on the plaintiff's recently filed motion for summary judgment (doc. 21) until it rules on the motions to dismiss. Consequently, defendant need not respond to the motion for summary judgment unless and until the motions to dismiss are denied.

                                               /s/ *Miles Davis*
                                             MILES DAVIS
                                             UNITED STATES MAGISTRATE JUDGE

Entered On Docket:                 By:
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:

Document No.