**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

```
UNITED STATES OF AMERICA

        VS                                      CASE NO.  3:06cv543/LAC/MD

WARD DEAN
```

**REFERRAL AND ORDER**

```
Referred to Magistrate Judge Davis on    August 10, 2007
Type of Motion/Pleading: MOTION TO DISMISS COMPLAINT FOR APA
VIOLATIONS
Filed by: defendant              on 8/9/07       Document   23
( )  Stipulated/Consented/Joint Pleading
RESPONSES:
plaintiff                        on 9/10/07      Doc.#  33
                                 on              Doc.#
                                 WILLIAM M. McCOOL, CLERK OF COURT

                                 /s/ C. Justice
                                 Deputy Clerk
```

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 12th day of September, 2007, that:

(a)   The requested relief is DENIED.

(b)   _____

      _____

/s/ *Miles Davis*

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE


Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

_____

Document No.