# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

     VS                                 CASE NO.  3:06cv543/LAC/MD

WARD DEAN

## REFERRAL AND ORDER

Referred to Magistrate Judge Davis on    August 10, 2007
Type of Motion/Pleading: MOTION TO DISMISS BASED ON PRA VIOLATIONS
Filed by: defendant            on 8/9/07        Document  24
(  )  Stipulated/Consented/Joint Pleading
RESPONSES:
plaintiff                            on 9/10/07        Doc.# 33
                                     on              Doc.# 
                                     WILLIAM M. McCOOL, CLERK OF COURT

                                     /s/ *C. Justice*
                                     Deputy Clerk

## ORDER

Upon consideration of the foregoing, it is ORDERED this 12th day of September, 2007, that:

(a)   The requested relief is DENIED.

(b)   _____

      _____


                            /s/ *Miles Davis*

                            MILES DAVIS
                            UNITED STATES MAGISTRATE JUDGE


Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____


                    Document No.