**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                  CASE NO.  3:06cv543/LAC/MD

WARD DEAN

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on   August 10, 2007
Type of Motion/Pleading: MOTION TO DISMISS BASED UPON: UNCONSTITUTIONALITY OF § 301
Filed by: defendant          on 8/9/07          Document  25
(  )  Stipulated/Consented/Joint Pleading
RESPONSES:
plaintiff                    on 9/10/07        Doc.# 33
                             on                Doc.#
                             WILLIAM M. McCOOL, CLERK OF COURT

                             /s/ *C. Justice*
                             Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 12th day of September, 2007, that:

(a)  The requested relief is DENIED.
(b)  Defendant shall file his opposition to the plaintiff's pending motion for summary judgment (doc. 21) within twenty (20) days.

                             /s/ *Miles Davis*
                             MILES DAVIS
                             UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.