**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

     VS                                  CASE NO.  3:06cv543 LAC/MD

WARD DEAN

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on _September 27, 2007_
Type of Motion/Pleading: <u>MOTION TO RECONSIDER DENIAL OF DEFENDANT'S</u>
<u>THREE MOTIONS TO DISMISS (and Combined Response to Plaintiff's</u>
<u>Consolidated Opposition to Motions to Dismiss)</u>
Filed by: <u>Defendant</u> on <u>9/26/07</u> Document <u>37</u>
(  )  Stipulated/Consented/Joint Pleading
RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____
                             WILLIAM M. McCOOL, CLERK OF COURT

                             /s/ Lynn C. Uhl
                             Deputy Clerk: Lynn Uhl

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 28th day of September, 2007, that:

(a)   The motion to reconsider is DENIED.

(b)   The motion for summary judgment is under advisement.

/s/ *Miles Davis*

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

_____
_____

                       Document No.