IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                                         CASE NO.: 3:06cv543/LAC/MD

WARD DEAN,
    Defendant .

---

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 21, 2008.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's motion for summary judgment (doc. 21) is GRANTED.

    3.    Judgment is entered in favor of the plaintiff in the amount of $17,000.

    4.    Plaintiff is permitted to file a motion to recover its costs, as appropriate.

    DONE AND ORDERED this 24th day of March, 2008.

                                            _s/L.A. Collier_
                                            **LACEY A. COLLIER**
                                            **SENIOR UNITED STATES DISTRICT JUDGE**