

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS

WARD FRANKLIN DEAN

USDC NO. **3:06CV543/LAC/MD**
USCA NO. _____

**08-11845B**

## TRANSMITTAL OF NOTICE OF APPEAL

The following documents are hereby transmitted to the Clerk, U. S. Court of Appeals. The Certified copy of the appeal notice, docket entries, judgment/opinion/order appealed from are enclosed.

First Appeal Notice.
There was no hearing from which a transcript could be made.
Judge/Magistrate Judge appealed from: Lacey A. Collier

Please acknowledge receipt on the enclosed copy of this transmittal to: PENSACOLA DIVISION

WILLIAM M. McCOOL,
CLERK OF COURT

By: s/ *Katherine V. Goodman*
Deputy Clerk
One North Palafox Street
Pensacola, Florida 32502-5658

April 10, 2008

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

08 APR 18 PM 12: 02

KG

FILED