IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                                CASE NO.: 3:06cv543/LAC/MD

WARD DEAN,
    Defendant.

---

MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS

Ward Dean, Defendant Pro Se in the above-captioned case, moves this honorable court to allow him to proceed In Forma Pauperis pursuant to 28 U.S.C. § 1915, and Federal Rule of Appellate Procedure (FRAP) 24 (a) (1). A financial affidavit as required by FRAP 24(a)(1)(A) is attached.

Defendant/Appellant claims he is entitled to redress (FRAP 24(a)(1)(B)) based on the following issues that he intends to present on appeal (FRAP 24(a)(1)(C)):

    1. Whether the FCC unjustifiably initiated its enforcement process in the absence of the required complaint from a viewer or listener.

    2. Whether the Plaintiff's complaint is void for vagueness due to constantly changing what statute/regulation Defendant/Appellant allegedly violated.

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

08 APR 28 AM 11: 54



FILED

3. Whether the FCC license application is a "rule" for Administrative Procedure Act (APA) purposes, and is therefore void for not being formally and properly promulgated.

4. Whether FCC regulations regarding radio station licenses are invalid due to the absence of required OMB numbers.

5. Whether 47 U.S.C. § 301 is unconstitutional.

6. Whether District Court was required to explain its findings of fact and conclusions of law sufficient to provide the appellate court with an opportunity to engage in meaningful appellate review.

7. Whether District Court's ruling against Defendant/Appellant is justified in the <u>complete absence</u> of any evidence to substantiate the allegations by the government or the findings of this Court.

8. Whether the amount of the forfeiture penalty imposed was reasonable and in accordance with the Defendant's ability to pay, pursuant to 47 U.S.C. § 503 (b)(2)(D).

Respectfully submitted,

*/s/ Ward Dean*

Ward Dean
Defendant/Appellant Pro Se
06076-017
Federal Prison Camp
110 Raby Avenue
Pensacola, Florida  32509-5127

## CERTIFICATE OF SERVICE

On this 24th day of April, 2008, a copy of the foregoing was mailed to Paul Alan Sprowls, AUSA, 111 North Adams Street, 4th Floor, Tallahassee, Florida  32301.

*/s/ Ward Dean*

Ward Dean
06076-017

Form 4.   **Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis**

United States District Court for the __Northern__ District of __Florida__

UNITED STATES OF AMERICA,
   Plaintiff
v.                                                                      Case No. __3:06cv543/LAC/MD__

WARD DEAN
   Defendant

**Instructions**: Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Date: __22 Apr 2008__       Signed: __Ward Dean__

My issues on appeal are:

1. For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
| --- | --- | --- | --- | --- |
| | You | Spouse | You | Spouse |
| Employment | $17.50 | $ N/A | $17.50 | $ N/A |
| Self-employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Income from real property (such as rental income) | $ 0 | $ N/A | $ 0 | $ N/A |
| Interests and dividends | $ 0 | $ N/A | $ 0 | $ N/A |
| Gifts | $100.00 | $ N/A | $ ? | $ N/A |
| Alimony | $ 0 | $ N/A | $ 0 | $ N/A |
| Child support | $ 0 | $ N/A | $ 0 | $ N/A |
| Retirement (such as Social Security, pensions, annuities, insurance) | $ 0 | $ N/A | $ 0 | $ N/A |
| Disability (such as Social Security, insurance payments) | $ 0 | $ N/A | $ 0 | $ N/A |
| Unemployment payments | $ 0 | $ N/A | $ 0 | $ N/A |
| Public-assistance (such as welfare) | $ 0 | $ N/A | $ 0 | $ N/A |
| Other (specify): _____ | $ 0 | $ N/A | $ 0 | $ N/A |
| **Total monthly income:** | $117.50 | $ N/A | $17.50 | $ N/A |

Form 4

2. *List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| Bureau of Prisons | 110 Raby Avenue Pensacola, Florida | 14 Sept, 2006 to present | $17.50/mo |

3. *List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

N/A

4. *How much cash do you and your spouse have?* $ 165.76

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | $ 0 | $ N/A |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home (Value) | Other Real Estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| N/A | N/A | Make & Year: N/A |
| | | Model: |
| | | Registration #: |

| Other Assets (Value) | Other Assets (Value) | Motor Vehicle #2 (Value) |
|---|---|---|
| N/A | N/A | Make & Year: N/A |
| | | Model: |
| | | Registration #: |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |

Form 4

7.  State the persons who rely on your or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| Paul Dean | Son | 21 (student) |
| Kenton Dean | Son | 20 (Student) |
| | | |

8.  Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your Spouse |
|---|---|---|
| For home-mortgage payment (include lot rented for mobile home) | $ 0 | $ N/A |
| Are real-estate taxes included? ☐ Yes ☐ No | $ 0 | $ N/A |
| Is property insurance included? ☐ Yes ☐ No | $ 0 | $ N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ N/A |
| Home maintenance (repairs and upkeep) | $ 0 | $ N/A |
| Food | $ 100.00 | $ N/A |
| Clothing | $ 0 | $ N/A |
| Laundry and dry-cleaning | $ 0 | $ N/A |
| Medical and dental expenses | $ 0 | $ N/A |
| Transportation (not including motor vehicle payments) | $ 0 | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) | $ 0 | $ N/A |
| Homeowner's or renter's | $ 0 | $ N/A |
| Life | $ 0 | $ N/A |
| Health | $ 0 | $ N/A |
| Motor Vehicle | $ 0 | $ N/A |
| Other: _____ | $ 0 | $ N/A |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $ 0 | $ N/A |
| Installment payments | $ 0 | $ N/A |
| Motor Vehicle | $ 0 | $ N/A |
| Credit card (name): _____ | $ 0 | $ N/A |
| Department store (name): _____ | $ 0 | $ N/A |
| Other: _____ | $ 0 | $ N/A |
| Alimony, maintenance, and support paid to others | $ 0 | $ N/A |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ N/A |
| Other (specify): _____ | $ 0 | $ N/A |
| **Total monthly expenses** | $100.00 | $ N/A |

Form 4

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes  ☒ No      If yes, describe on an attached sheet.

10. Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?

    ☐ Yes  ☒ No      If yes, how much: $ _____

    If yes, state the attorney's name, address, and telephone number:

    _____
    _____
    _____

11. Have you paid – or will you be paying – anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

    ☐ Yes  ☒ No      If yes, how much? $ _____

    If yes, state the person's name, address, and telephone number:

    _____
    _____
    _____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.




13. State the address of your legal residence.

    Federal Prison Camp, Pensacola
    110 Raby Avenue
    Pe~~nsacola, Florida   32509-5127~~

    Your daytime phone number: (_____) _____

    Your age: __65__    Your years of schooling: __22+__

    Your Social Security number: __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__




(As amended Apr. 24, 1998, eff. Dec. 1, 1998.)

Form 4

## Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 06076017 | Current Institution: | Pensacola FPC |
| Inmate Name: | DEAN, WARD | Housing Unit: | PEN-C-A |
| Report Date: | 04/07/2008 | Living Quarters: | C03-092U |
| Report Time: | 12:13:29 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 8495 |
| PAC #: | 010010362 |
| FRP Participation Status: | Participating |
| Arrived From: | MON |
| Transferred To: | |
| Account Creation Date: | 3/20/2006 |
| Local Account Activation Date: | 12/20/2006 3:25:12 AM |
| Sort Codes: | |
| Last Account Update: | 3/19/2008 12:11:46 AM |
| Account Status: | Active |
| Phone Balance: | $15.17 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | $165.76 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $165.76 |
| National 6 Months Deposits: | $656.69 |
| National 6 Months Withdrawals: | $530.75 |
| National 6 Months Avg Daily Balance: | $130.15 |
| Local Max. Balance - Prev. 30 Days: | $190.76 |
| Average Balance - Prev. 30 Days: | $166.18 |

*I certify these records are accurate and true of this account.  4.7.2008*

*Ms. Lee, Inmate Accounts*
*FPC Pensacola*

## Commissary History

### Purchases

| | |
|---|---|
| Validation Period Purchases: | $0.00 |
| YTD Purchases: | $574.00 |
| Last Sales Date: | 2/28/2008 5:21:12 PM |

### SPO Information

| | |
|---|---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

### Spending Limit Info

| | |
|---|---|
| Spending Limit Override: | No |
| Weekly Revalidation: | No |
| Bi-Weekly Revalidation: | No |
| Spending Limit: | $290.00 |
| Expended Spending Limit: | $0.00 |
| Remaining Spending Limit: | $290.00 |

## Commissary Restrictions

### Spending Limit Restrictions

| | |
|---|---|
| Restricted Spending Limit: | $0.00 |
| Restricted Expended Amount: | $0.00 |
| Restricted Remaining Spending Limit: | $0.00 |
| Restriction Start Date: | N/A |
| Restriction End Date: | N/A |

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

## Comments

Comments:

## Deposits

| Inmate Reg #: | 06076017 | Current Institution: | Pensacola FPC |
| --- | --- | --- | --- |
| Inmate Name: | DEAN, WARD | Housing Unit: | PEN-C-A |
| Report Date: | 04/07/2008 | Living Quarters: | C03-092U |
| Report Time: | 12:13:39 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
| --- | --- | --- | --- | --- | --- |
| 3/10/2008 10:49:39 AM | FRP Quarterly Pymt | ($25.00) | HFRP0308 | | $165.76 |
| 3/10/2008 10:07:02 AM | Payroll - IPP | $5.25 | HIPP0208 | | $190.76 |
| 3/10/2008 10:06:47 AM | Payroll - IPP | $7.56 | HIPP0208 | | $185.51 |
| 3/1/2008 5:03:11 AM | Lockbox - CD | $100.00 | 70103001 | | $177.95 |
| 2/28/2008 5:21:12 PM | Sales | ($56.50) | 94 | | $77.95 |
| 2/25/2008 11:53:12 AM | Sales | ($44.25) | 67 | | $134.45 |
| 2/14/2008 5:17:14 PM | Sales | ($34.25) | 48 | | $178.70 |
| 2/11/2008 5:14:53 PM | Sales | ($42.05) | 141 | | $212.95 |
| 2/9/2008 5:26:30 AM | Lockbox - CD | $50.00 | 70101601 | | $255.00 |
| 2/8/2008 10:22:41 AM | Payroll - IPP | $17.64 | HIPP0108 | | $205.00 |
| 1/21/2008 5:13:38 AM | Lockbox - CD | $100.00 | 70100203 | | $187.36 |
| 1/10/2008 5:23:25 PM | Sales | ($49.25) | 106 | | $87.36 |
| 1/7/2008 10:23:40 AM | Payroll - IPP | $16.80 | HIPP1207 | | $136.61 |
| 12/14/2007 9:34:45 AM | Lockbox - CD | $100.00 | 70197701 | | $119.81 |
| 12/10/2007 4:39:17 PM | Sales | ($44.10) | 117 | | $19.81 |
| 12/7/2007 10:51:37 AM | FRP Quarterly Pymt | ($25.00) | HFRP1207 | | $63.91 |
| 12/7/2007 10:37:58 AM | Payroll - IPP | $16.80 | HIPP1107 | | $88.91 |
| 11/27/2007 5:37:03 PM | Sales | ($15.00) | 124 | | $72.11 |
| 11/26/2007 4:32:08 PM | Sales | ($44.10) | 65 | | $87.11 |
| 11/20/2007 5:35:25 PM | Sales | ($38.20) | 137 | | $131.21 |
| 11/9/2007 8:32:03 AM | Payroll - IPP | $17.64 | HIPP1007 | | $169.41 |
| 11/7/2007 5:14:23 AM | Lockbox - CD | $100.00 | 70195201 | | $151.77 |
| 11/7/2007 5:14:17 AM | Lockbox - CD | $25.00 | 70195201 | | $51.77 |
| 11/6/2007 5:39:00 PM | Sales | ($26.30) | 105 | | $26.77 |
| 10/23/2007 4:58:09 PM | Sales | ($41.25) | 50 | | $53.07 |
| 10/15/2007 5:19:52 PM | Sales | $4.00 | 105 | | $94.32 |
| 10/15/2007 5:18:41 PM | Sales | ($49.50) | 104 | | $90.32 |
| 10/13/2007 5:15:50 AM | Lockbox - CD | $100.00 | 70193501 | | $139.82 |
| 10/5/2007 9:14:07 AM | Payroll - IPP | $18.90 | HIPP0907 | | $39.82 |
| 10/2/2007 5:15:23 PM | Sales | ($47.75) | 85 | | $20.92 |
| 10/1/2007 5:32:02 PM | Sales | ($45.50) | 165 | | $68.67 |
| 9/26/2007 5:10:55 AM | Lockbox - CD | $25.00 | 70192301 | | $114.17 |
| 9/14/2007 5:00:37 PM | Sales | ($46.10) | 103 | | $89.17 |
| 9/11/2007 5:17:08 AM | Lockbox - CD | $20.00 | 70191201 | | $135.27 |
| 9/7/2007 7:51:52 AM | FRP Quarterly Pymt | ($25.00) | GFRP0907 | | $115.27 |
| 9/7/2007 7:49:53 AM | Payroll - IPP | $14.28 | GIPP0807 | | $140.27 |
| 8/31/2007 5:26:03 AM | Lockbox - CD | $100.00 | 70190601 | | $125.99 |
| 8/27/2007 11:37:07 AM | Inmate Co-pay | ($2.00) | GICP0807 | | $25.99 |
| 8/10/2007 8:57:22 AM | Payroll - IPP | $17.64 | GIPP0707 | | $27.99 |
| 7/30/2007 6:33:40 PM | Sales | ($42.15) | 160 | | $10.35 |
| 7/29/2007 12:30:46 PM | Phone Withdrawal | ($20.00) | TFN0729 | | $52.50 |
| 7/26/2007 4:51:02 PM | Sales | ($58.70) | 108 | | $72.50 |

1

InmateStatementCombined

Page 1 of 2

# Inmate Statement



| | | |
|---|---|---|
| Inmate Reg #: | 06076017 | |
| Inmate Name: | DEAN, WARD | |
| Report Date: | 04/07/2008 | |
| Report Time: | 12:13:55 PM | |

| | | |
|---|---|---|
| Current Institution: | Pensacola FPC | |
| Housing Unit: | PEN-C-A | |
| Living Quarters: | C03-092U | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| PEN | 3/10/2008 10:49:39 AM | HFRP0308 | | | FRP Quarterly Pymt | ($25.00) | | $165.76 |
| PEN | 3/10/2008 10:07:02 AM | HIPP0208 | | | Payroll - IPP | $5.25 | | $190.76 |
| PEN | 3/10/2008 10:06:47 AM | HIPP0208 | | | Payroll - IPP | $7.56 | | $185.51 |
| PEN | 3/1/2008 5:03:11 AM | 70103001 | | | Lockbox - CD | $100.00 | | $177.95 |
| PEN | 2/28/2008 5:21:12 PM | 94 | | | Sales | ($56.50) | | $77.95 |
| PEN | 2/25/2008 11:53:12 AM | 67 | | | Sales | ($44.25) | | $134.45 |
| PEN | 2/14/2008 5:17:14 PM | 48 | | | Sales | ($34.25) | | $178.70 |
| PEN | 2/11/2008 5:14:53 PM | 141 | | | Sales | ($42.05) | | $212.95 |
| PEN | 2/9/2008 5:26:30 AM | 70101601 | | | Lockbox - CD | $50.00 | | $255.00 |
| PEN | 2/8/2008 10:22:41 AM | HIPP0108 | | | Payroll - IPP | $17.64 | | $205.00 |
| PEN | 1/21/2008 5:13:38 AM | 70100203 | | | Lockbox - CD | $100.00 | | $187.36 |
| PEN | 1/10/2008 5:23:25 PM | 106 | | | Sales | ($49.25) | | $87.36 |
| PEN | 1/7/2008 10:23:40 AM | HIPP1207 | | | Payroll - IPP | $16.80 | | $136.61 |
| PEN | 12/14/2007 9:34:45 AM | 70197701 | | | Lockbox - CD | $100.00 | | $119.81 |
| PEN | 12/10/2007 4:39:17 PM | 117 | | | Sales | ($44.10) | | $19.81 |
| PEN | 12/7/2007 10:51:37 AM | HFRP1207 | | | FRP Quarterly Pymt | ($25.00) | | $63.91 |
| PEN | 12/7/2007 10:37:58 AM | HIPP1107 | | | Payroll - IPP | $16.80 | | $88.91 |
| PEN | 11/27/2007 5:37:03 PM | 124 | | | Sales | ($15.00) | | $72.11 |
| PEN | 11/26/2007 4:32:08 PM | 65 | | | Sales | ($44.10) | | $87.11 |
| PEN | 11/20/2007 5:35:25 PM | 137 | | | Sales | ($38.20) | | $131.21 |
| PEN | 11/9/2007 8:32:03 AM | HIPP1007 | | | Payroll - IPP | $17.64 | | $169.41 |
| PEN | 11/7/2007 5:14:23 AM | 70195201 | | | Lockbox - CD | $100.00 | | $151.77 |
| PEN | 11/7/2007 5:14:17 AM | 70195201 | | | Lockbox - CD | $25.00 | | $51.77 |
| PEN | 11/6/2007 5:39:00 PM | 105 | | | Sales | ($26.30) | | $26.77 |
| PEN | 10/23/2007 4:58:09 PM | 50 | | | Sales | ($41.25) | | $53.07 |
| PEN | 10/15/2007 5:19:52 PM | 105 | | | Sales | $4.00 | | $94.32 |
| PEN | 10/15/2007 5:18:41 PM | 104 | | | Sales | ($49.50) | | $90.32 |
| PEN | 10/13/2007 5:15:50 AM | 70193501 | | | Lockbox - CD | $100.00 | | $139.82 |
| PEN | 10/5/2007 9:14:07 AM | HIPP0907 | | | Payroll - IPP | $18.90 | | $39.82 |
| PEN | 10/2/2007 5:15:23 PM | 85 | | | Sales | ($47.75) | | $20.92 |
| PEN | 10/1/2007 5:32:02 PM | 165 | | | Sales | ($45.50) | | $68.67 |
| PEN | 9/26/2007 5:10:55 AM | 70192301 | | | Lockbox - CD | $25.00 | | $114.17 |
| PEN | 9/14/2007 5:00:37 PM | 103 | | | Sales | ($46.10) | | $89.17 |

| | | | | | | |
|---|---|---|---|---|---|---|
| PEN | 9/11/2007 5:17:08 AM | 70191201 | | Lockbox - CD | $20.00 | $135.27 |
| PEN | 9/7/2007 7:51:52 AM | GFRP0907 | | FRP Quarterly Pymt | ($25.00) | $115.27 |
| PEN | 9/7/2007 7:49:53 AM | GIPP0807 | | Payroll - IPP | $14.28 | $140.27 |
| PEN | 8/31/2007 5:26:03 AM | 70190601 | | Lockbox - CD | $100.00 | $125.99 |
| PEN | 8/27/2007 11:37:07 AM | GICP0807 | | Inmate Co-pay | ($2.00) | $25.99 |
| PEN | 8/10/2007 8:57:22 AM | GIPP0707 | | Payroll - IPP | $17.64 | $27.99 |
| PEN | 7/30/2007 6:33:40 PM | 160 | | Sales | ($42.15) | $10.35 |
| PEN | 7/29/2007 12:30:46 PM | TFN0729 | | Phone Withdrawal | ($20.00) | $52.50 |
| PEN | 7/26/2007 4:51:02 PM | 108 | | Sales | ($58.70) | $72.50 |

1

Total Transactions: 42

Totals:    $34.56    $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| PEN | $165.76 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $165.76 |
| Totals: | $165.76 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $165.76 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $656.69 | $530.75 | $130.15 | $190.76 | $166.18 | N/A | N/A |