**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

     VS                                       CASE NO.  3:06cv543/LAC

WARD DEAN

**REFERRAL AND ORDER**

Referred to Senior Judge Collier on     April 28, 2008
Type of Motion/Pleading: <u>MOTION FOR LEAVE TO APPEAL *IN FORMA PAUPERIS*</u>
Filed by: <u>DEFENDANT</u>          on 4/28/08     Document 48

( )  Stipulated/Consented/Joint Pleading
RESPONSES:

                                on _____ Doc.# _____
                                on _____ Doc.# _____
                                WILLIAM M. McCOOL, CLERK OF COURT

                                */s/ Elizabeth Cooley*
                                Deputy Clerk: Elizabeth Cooley

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 29th day of
April, 2008, that:

(a)  The requested relief is **DENIED.**

(b)  This appeal is not taken in good faith and defendant is not
     otherwise entitled to so proceed.  Fed.R.App.P. 24(a)(3).

                                  s/*L.A. Collier*
                                LACEY A. COLLIER
                                SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

                         Document No.