# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

April 30, 2008

Ward Franklin Dean (06076-017)
Pensacola FCI
110 RABY AVE
PENSACOLA  FL  32509-5124

**Appeal Number: 08-11845-B**
Case Style: USA v. Ward Franklin Dean
District Court Number: 06-00543 CV-3-LAC-MD



NOTICE TO INCARCERATED APPELLANT OF THE $455 FEE REQUIREMENT
UNDER THE PRISON LITIGATION REFORM ACT

The district court has denied your request to proceed with this appeal in forma pauperis. The Prison Litigation Reform Act of 1995 (hereinafter "the Act"), 28 U.S.C. §1915 (as amended), requires, in all civil appeals by prisoners, payment of a docket fee of $450 and a filing fee of $5 for a total of $455 (hereinafter "the filing fee") to the clerk of the United States District Court where you filed your notice of appeal.

If you are unable to pay the $455 filing fee in full at this time, you may allow the institution of your confinement to pay the fee in installments from your prison account. To do so, you should read, complete and sign the enclosed CONSENT FORM which incorporates provisions authorized by the Act. The form is provided in quadruplicate. The top three copies (white, yellow, and pink) should be returned to this office in the enclosed envelope. You may keep the gold copy for yourself. Please read the enclosed CONSENT FORM carefully -- it contains important information concerning the requirements of the Act in connection with payment of the filing fee.

If, within 30 days from the date of this notice, you HAVE NOT either:

(1) completed, signed and returned to this office the enclosed CONSENT FORM in the envelope provided, OR

(2) paid the $455 filing fee in full to the district court,

this appeal will be dismissed for want of prosecution, pursuant to 11th Cir. Rule 42-1(b).

If we receive a completed and signed CONSENT FORM, it will be treated as a request for leave to proceed with this appeal and submitted to the Court for decision. If we receive notice from the district court that you have paid the filing fee in full, your appeal will proceed.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Carolyn Magers (404) 335-6181

Encl.

PLRA-5 (03-2004)