# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

May 19, 2008

William McCool
Clerk, U.S. District Court
1 N PALAFOX ST STE 226
PENSACOLA  FL  32502-5658

**Appeal Number: 08-11845-B**
Case Style: USA v. Ward Franklin Dean
District Court Number:  06-00543 CV-3-LAC-MD

Please forward the original papers filed in your court together with any documentary exhibits and an updated copy of your docket entries for use by this court in ruling on a motion filed by the appellant.  This material will be returned when the motion has been determined.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Carolyn Magers (404) 335-6181

Encl.

U.S. DISTRICT CT.
NORTHERN DIST FLA

2008 MAY 21  PM 1: 28

FILED

CLK-1 (03-2004)