# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

     VS                    USDC NO. **3:06CV543/LAC/MD**
                             USCA NO. 08-11845-B

WARD FRANKLIN DEAN

## TRANSMITTAL OF ORIGINAL PAPERS

     The following documents are hereby transmitted to the Clerk, U. S. Court of Appeals. The original papers consist of 1 total volume as follows:

1      Volume of pleadings

Please acknowledge receipt on the enclosed copy of this transmittal to: PENSACOLA DIVISION

                        WILLIAM M. McCOOL,
                        CLERK OF COURT

                        By: *s / Katherine V. Goodman*
                        Deputy Clerk
                        One North Palafox Street
May 27, 2008                Pensacola, Florida 32502-5658