

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS                         USDC NO. **3:06CV543/LAC/MD**
                                USCA NO. 08-11845-B

WARD FRANKLIN DEAN

### TRANSMITTAL OF ORIGINAL PAPERS

The following documents are hereby transmitted to the Clerk, U. S. Court of Appeals. The original papers consist of 1 total volume as follows:

1     Volume of pleadings

Please acknowledge receipt on the enclosed copy of this transmittal to: PENSACOLA DIVISION

                                            WILLIAM M. McCOOL,
                                            CLERK OF COURT

                                            By: s/ Katherine V. Goodman
                                            Deputy Clerk
                                            One North Palafox Street
May 27, 2008                            Pensacola, Florida 32502-5658

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA
PENSACOLA, FLA

2008 JUN -6 PM 12: 06

FILED