# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

July 10, 2008

William McCool
Clerk, U.S. District Court
1 N PALAFOX ST STE 226
PENSACOLA FL 32502-5658

**Appeal Number: 08-11845-B**
Case Style: USA v. Ward Franklin Dean
District Court Number: 06-00543 CV-3-LAC-MD

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Also enclosed is the record on appeal, which consists of:
    One (1) Volume Original Papers

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Carolyn Magers (404) 335-6181

Encl.



08 JUL 11 AM 10: 25



DIS-4 (3-2005)