IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-11845-B

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUL 1 0 2008
THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

                   Plaintiff-Appellee,

versus

WARD FRANKLIN DEAN,

                   Defendant-Appellant.

_____

Appeal from the United States District Court for the
Northern District of Florida

_____

Before: BIRCH, DUBINA, and PRYOR, Circuit Judges.

BY THE COURT:

  The appellant, in the district court, filed a notice of appeal and a motion to proceed on appeal in forma pauperis. The district court denied in forma pauperis status, certifying that the appeal was frivolous and not taken in good faith. However, the district court did not assess a $455.00 appellate filing fee, as is now required under the Prison Litigation Reform Act of 1995 (April 26, 1996); see 28 U.S.C. § 1915 (as amended).

  Appellant has consented to pay the $455.00 filing fee, using the partial payment plan described under 28 U.S.C. § 1915 (as amended) and has filed a motion for leave to proceed on appeal. Thus, the only remaining issue is whether the appeal is frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i). This Court now finds that the appeal is frivolous, DENIES leave to proceed, and DISMISSES the appeal.